UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:15 cr 118 |
| | : | |
| | : | **INDICTMENT**  Judge Michael Barrett |
| | : | |
| V. | : | 18 U.S.C. § 2422(b) |
| | : | 18 U.S.C. § 2251(a) |
| | : | 18 U.S.C. § 1470 |
| **CODY LEE JACKSON** | : | FORFEITURE |

- - - - - - - - - - - - - - - - - - - - -

**The Grand Jury charges that:**

### COUNT 1
### (Coercion and Enticement)

Between February 7, 2015 and August 20, 2015, in the Southern District of Ohio, the defendant **CODY LEE JACKSON**, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense.

**In violation of Title 18, United States Code, Section 2422(b).**

### COUNT 2
### (Production of Child Pornography)

Between August 13, 2015 and August 18, 2015, in the Southern District of Ohio, the defendant, **CODY LEE JACKSON**, did and attempted to employ, use, persuade, induce, entice, or coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction the defendant knew or had reason to know will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual

been produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

## COUNT 3
### (Transfer of Obscene Matter to a Minor)

Between August 13, 2015 and August 14, 2015, in the Southern District of Ohio, the defendant, **CODY LEE JACKSON**, did, by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

**In violation of Title 18, United States Code, Section 1470.**

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in:

1. All property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and

2. All property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense.

**All pursuant to 18 United States Code, Section 2428.**

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 2 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in;

1. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and

been produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

## COUNT 3
### (Transfer of Obscene Matter to a Minor)

Between August 13, 2015 and August 14, 2015, in the Southern District of Ohio, the defendant, **CODY LEE JACKSON**, did, by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

**In violation of Title 18, United States Code, Section 1470.**

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in:

1. All property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and

2. All property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense.

**All pursuant to 18 United States Code, Section 2428.**

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 2 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in;

1. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and

2. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

**All pursuant to 18 United States Code, Section 2253.**

A TRUE BILL

/s/ Signed<br>GRAND JURY FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

*Emily N. Glatfelter* (signature)
EMILY N. GLATFELTER
CINCINNATI BRANCH CHIEF